JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENETRIC LAROY ADAMS, <br>     Petitioner, <br>   v. <br> HEIDI M. LACKNER, Warden, <br>     Respondent. | NO. EDCV 15-319-DOC (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 31, 2016

/s/ David O. Carter
DAVID O. CARTER
United States District Judge